**In Re David Earl GIBBS, Movant.**

**No. 00–20540.**

United States Court of Appeals, Fifth Circuit.

Aug. 21, 2000.

Bryce Edward Benjet, Gregory William Wiercioch, Texas Defenders Office, Houston, TX, for Movant.

Francisca Romero, Luz Maria Montenegro, Rafela Ferrera, and Justina Fernandez, Plaintiffs–Appellants,

v.

FEDERAL COMMUNICATIONS COMMISSION, and James Bridgewater, Defendants–Appellees.

No. 99–1565.

United States Court of Appeals, Sixth Circuit.

Argued: June 21, 2000

Decided and Filed: Aug. 2, 2000

Before KING, Chief Judge, and HIGGINBOTHAM and DAVIS, Circuit Judges.

BY THE COURT:

## I

On August 15, 2000, this court issued an opinion and order denying authorization to file a successive petition. A three-judge panel was properly convened and participated at every juncture of deliberations except the final issuing of the order. One member of the panel was not available until this morning. We acted as a quorum to afford Gibbs the maximum opportunity to obtain review. Instead, Gibbs's sole response is that the order cannot be issued by a quorum of a panel. We disagree with that contention.

## II

The third member of the panel now being available, the previous order is re-issued.

So ordered.